UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 1:16-cr-00225 |
| v. | ) Hon. Phillip J. Green |
| THOMAS T. BOWMAN, | ) |
| Defendant. | ) |

### ORDER OF BOND REVOCATION AND DETENTION

The parties appeared before me on February 28, 2017, for a bond revocation hearing. Defendant was represented by appointed counsel, Christopher C. Renna. At the hearing, the court found clear and convincing evidence that defendant has violated conditions of release, by, inter alia, not reporting to Pretrial Services and failure to appear for the Final Pretrial Conference. Further, defendant is unlikely to abide by any condition or combination of conditions of release. Accordingly:

**IT IS ORDERED** that defendant's bond is revoked pursuant to 18 U.S.C. § 3148, and defendant is ordered detained pending further proceedings in this matter. Defendant is committed to the custody of the Attorney General until further order of the court.

Date: February 28, 2017

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge